1 | BOUTIN DENTINO GIBSON
  | DI GIUSTO HODELL INC.
2 | Robert D. Swanson SBN 162816
  | Matthew W. Kubicek SBN 227378
3 | 555 Capitol Mall, Suite 1500
  | Sacramento, CA 95814-4603
4 | Telephone: (916) 321-4444
  | Fax:       (916) 441-7597
5 |
6 | Attorneys for Plaintiff and Counter-Defendant
  | The Golden 1 Credit Union
7 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| THE GOLDEN 1 CREDIT UNION, | Case No.: 06-CV-01717-OWW-TAG |
|---|---|
| Plaintiff, | STIPULATION CONTINUING HEARING ON PLAINTIFF'S MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION |
| vs. | |
| H & B Group, INC., dba NISSAN OF BAKERSFIELD; and DOES 1 – 20 inclusive, | |
| Defendants. | |
| | |
| H & B Group, INC., dba NISSAN OF BAKERSFIELD, | |
| Counterclaimant, | |
| vs. | |
| THE GOLDEN 1 CREDIT UNION; CU DIRECT CORPORATION, | |
| Counter-Defendants. | |

THE PARTIES BY AND THROUGH THEIR ATTORNEYS STIPULATE AND AGREE AS FOLLOWS:

---

1

STIPULATION CONTINUING HEARING ON PLAINTIFF'S MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

112311.1

1. The hearing date on Plaintiff and Counter-Defendant's motion to transfer venue to the United States District Court, Sacramento Division, currently scheduled for February 26, 2007, at 9:30 a.m. is continued to March 26, 2007, at 9:30 a.m.

DATED: February 15, 2007

BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.

By: _____
Robert D. Swanson
Matthew W. Kubicek
Attorneys for Plaintiff and Counter-Defendant
THE GOLDEN 1 CREDIT UNION

DATED: February 15, 2007

MATHENY SEARS LINKERT & LONG LLP

By: _____
MICHAEL A. BISHOP, ESQ.
Attorney for Counter-Defendant
CU DIRECT CORPORATION

DATED: February 15, 2007

KHARAZI & SIRABIAN

By: _____
TY KHARAZI
Attorney for Defendant and Counterclaimant
H & B Group, Inc. dba NISSAN OF BAKERSFIELD

**ORDER**

It is so ordered.

Date: 2/15/2007

_____
United States Magistrate Judge

STIPULATION CONTINUING HEARING ON PLAINTIFF'S MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

2